IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

XAVIER PETERSON,
  Plaintiff,

v.                                                              Civil No. 3:23cv580 (DJN)

DR. HALL, *et al.*,
  Defendants.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. Plaintiff's Complaint failed to comply with the joinder requirements of Federal Rules 18 and 20. Accordingly, by Memorandum Order entered on July 25, 2024, the Court directed Plaintiff to submit a particularized complaint that complied with joinder requirements within thirty (30) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than thirty (30) days have elapsed since the entry of the July 25, 2024 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the July 25, 2024 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: September 6, 2024